IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| William Pendleton, | : | |
| | : | |
| Plaintiff(s), | : | |
| | : | Case Number: 1:10cv650 |
| vs. | : | |
| | : | Chief Judge Susan J. Dlott |
| Commissioner of Social Security, | : | |
| | : | |
| Defendant(s). | : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on December 23, 2011 (Doc. 24), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired January 9, 2012, hereby ADOPTS said Report and Recommendation.

Accordingly, the case is **REVERSED** and **REMANDED** for further proceedings pursuant to Sentence Four of U.S.C. § 405(g).

IT IS SO ORDERED.

                                                             ___s/Susan J. Dlott_____
                                                             Chief Judge Susan J. Dlott
                                                             United States District Court